**Sam Houston**

**Meera Singh**

**P. O. Box 19814**

**Austin, TX 78760-9814**

**512 257 9028**

Samhouston7@hotmail.com

Singh749@hotmail.com

**September 20, 2015**

* DELIVERED VIA E-MAIL to Kimberly Harris *

*USPS to the Court clerk

**COURT OF APPEALS**
**FOR THE**
**THIRD DISTRICT OF TEXAS**
**P.O. BOX 12547,**
**AUSTIN, TEXAS 78711-2547**
**(512) 463-1733**

RE: **Case Number: 03-14-00342-CV**

Trial Court No.: 13-0936-C368 Kennon, R. Judge

Style: Meera Singh and Sam Houston v. Ally Financial, Inc. et al.

Please find Appellants Notice of their Appeal to the Texas Supreme Court on their Petition to hear their Plea to the Jurisdiction of the district Court and court of appeals and their timely notification to Ally Financial, Inc. Counsel of record.

*Meera Singh*

RECEIVED

SEP 2 5 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

Case No. 03-14-00342-CV

---

## COURT OF APPEALS

## THIRD DISTRICT OF TEXAS

---

**ALLY FINANCIAL, INC., et al,**

**Plaintiff-Appellee,**

**v.**

**MEERA SINGH and SAM HOUSTON,**

**Defendant-Appellant.**

RECEIVED

SEP 2 5 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

**ON APPEAL FROM 368TH DISTRICT COURT WILLIAMSON COUNTY**

**Trial Court No. 13-0936-C368**

*APPELLANT'S NOTICE OF APPEAL TO TEXAS SUPREME COURT ON A PLEA TO THE JURISDICTION*

**TO: Third Court of Appeals**

Having been denied a rehearing, September 17, 2015, by this Court timely Notice is hereby given that Appellant's intend to Appeal this action to the Texas Supreme Court.

.

*Meera Singh*

Sam Houston,
Meera Singh
Appellants
P.O. Box 19814
Austin, Texas 78760
Samhouston7@hotmail.com
512 257 9028

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been e-mailed to the below on this the 20th Day of September 2015.

**Ally Financial Inc.**
*EMAIL:* kharris@bhhlaw.com
Kimberely Harris
BEASLEY, HIGHTOWER, & HARRIS, P.C.
1601 Elm Street, Suite 4350
Dallas, Texas 75201-7301
Phone: (214) 220-4700

Sam Houston
Meera Singh
P. O. Box 19814
Austin, TX 78760-9814

AUSTIN TX 787
RIO GRANDE DISTRICT
23 SEP 2015 PM 4 L



COURT OF APPEALS
FOR THE
THIRD DISTRICT OF TEXAS
P.O. BOX 12547,
  AUSTIN, TEXAS 78711-2547

78711254747